UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF INTERIOR, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 19-3286 (RC) |

## TWELFTH JOINT STATUS REPORT

Pursuant to the Court's December 8, 2020, Minute Order, the parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiff Environmental Defense Fund ("EDF") has requested records from the U.S. Department of the Interior ("DOI"), National Oceanic and Atmospheric Administration ("NOAA"), and National Aeronautics and Space Administration ("NASA"). The Parties hereby state as follows:

1. On March 25, 2019, Plaintiff submitted separate FOIA requests to DOI, NOAA, and NASA seeking records related to any actual or potential White House effort to review or evaluate climate science. *See* Compl. (ECF No. 1) ¶¶ 39, 55, 68.

2. Defendants NASA, NOAA, and DOI have all completed their respective responses to EDF's FOIA requests. Also, NOAA and DOI have each provided a draft *Vaughn* Index to EDF for review.

3. As previously reported (*see* ECF No. 29), EDF provided counsel for Defendants with a proposed settlement of this action, which would include attorneys' fees and litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i). Defendants have recently communicated a counteroffer to Plaintiff's fee demand and EDF is currently that counteroffer. The Parties intend

to continue negotiating in good faith in order to potentially resolve the disputed issues in this action without the need for any judicial determinations.

4. In light of the above, the Parties propose that they file another Joint Status Report by February 8, 2021, to further update the Court on the parties' progress in negotiating a potential settlement regarding EDF's demand for attorneys' fees and costs.

Dated January 8, 2021         Respectfully submitted,

/s/ Nicholas M. Clabbers
NICHOLAS M. CLABBERS (D.C. Bar No. 1044975)
NATHANIEL H. HUNT (*pro hac vice*)
SAMANTHA R. CARAVELLO (D.C. Bar No. CO0080)
KAPLAN KIRSCH & ROCKWELL LLP
1675 Broadway, Suite 2300
Denver, CO 80202
Telephone: (303) 825-7000
E-mail:  nclabbers@kaplankirsch.com
        nhunt@kaplankirsch.com
        scaravello@kaplankirsch.com

/s/ Benjamin Levitan
BENJAMIN LEVITAN (No. NY0253)
Environmental Defense Fund
1875 Connecticut Avenue, NW, Suite 600
Washington, DC 20009
Telephone: (202) 572-3318
E-mail: blevitan@edf.org

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/   Christopher C. Hair
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-3286 (RC) |
| | ) | |
| U.S. DEPARTMENT OF INTERIOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Based on the Parties' joint status report updating the Court on their progress in this FOIA matter, it is hereby **ORDERED** that the Parties will file another joint status report by February 8, 2021, further updating the Court on their progress.

_____          _____
Date                                                          Hon. Rudolph Contreras
                                                                    UNITED STATES DISTRICT JUDGE